IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SE PROPERTY HOLDINGS,      )
LLC,                       )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )     2:22cv297-MHT
                           )        (WO)
RICHARD HARRELL and        )
DELAINE HARRELL,           )
                           )
     Defendants.           )

ORDER

The parties are reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. Accordingly, it is ORDERED that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than April 10, 2023.

Dispositive motions shall be filed no later than 120 days prior to the pretrial conference date, and discovery will end 28 days before that date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested

variance.    In   their   Rule   26(f)   report,   however,   the
parties   should   assume   that   the   120-day   and   28-day
requirements will apply.

It  is  also  the  policy  of  this  district  that  Rule
26(a)(3)  witness  list  exchange  (§ 9  Uniform  Scheduling
Order ("USO")), deposition designations (§ 10 USO), and
exchange of trial exhibits and evidence (§ 11 USO) occur
no later than 42 days prior to trial, to allow appropriate
time for filing and resolution of objections and motions
related   thereto.    The   parties   may   agree   to   earlier
deadlines,   but   later   deadlines   ordinarily   will   not   be
allowed.

This  case  ordinarily  will  be  set  for  trial  before
the   undersigned   judge   during   one   of   that   judge's
regularly  scheduled  civil  trial  terms,  within  14  to  16
months of this order if a term is available and, if not
available,   then   as   soon   as   possible   thereafter.    The
pretrial date is normally set within four to eight weeks
of  a  scheduled  trial  term.    The  dates  of  each  judge's

civil trial terms are available on the court's website located at http://www.almd.uscourts.gov.  Trial terms are subject to change in the event the case is assigned to a visiting judge.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the court.  The court may or may not hold a scheduling conference before issuing a scheduling order.  The Uniform Scheduling Order also is available on the court's website.

DONE, this the 27th day of March, 2023.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE