IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SE PROPERTY HOLDINGS,    )
LLC,                     )
                         )
     Plaintiff,          )
                         )      CIVIL ACTION NO.
     v.                  )        2:22cv297-MHT
                         )            (WO)
RICHARD HARRELL and      )
DELAINE HARRELL,         )
                         )
     Defendants.         )
```

**JUDGMENT**

Upon consideration of the joint motion to dismiss (Doc. 22), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of October, 2024.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**